JAMES McCOY, Appellant, *v.* FRANCIS LARKIN, Respondent.

(Argued October 9, 1890; decided October 28, 1890.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 14,

1888, which affirmed an order of Special Term granting a motion for a new trial.

*James C. Church* for appellant.

*Francis Larkin,* respondent in person.

Agree to affirm; no opinion.
All concur except BROWN, J., not sitting.
Order affirmed.